# EXHIBIT B

# U.S. Patent No. US 8,799,083 v. American Dairy Queen Corporation

# 1. Claim Chart

| Claim | Analysis |
| --- | --- |
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | American Dairy Queen Corporation ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides an online food ordering platform that allows users to order food ("service") online from the restaurant menu displayed within the platform ("receiving at least one request of at least one service related to a restaurant menu") using various devices such as smartphones, and tablets ("mobile phone"). Further, the platform allows users to perform various functionalities such as providing options of store pickup and delivery, finding nearby Dairy Queen locations, and viewing menus.<br><br>DQ MENU LOCATIONS REWARDS DQ® CAKES NEWS FRANCHISING SIGN IN START ORDER<br>New Summer Blizzard® Treat Menu: Meet the 2024 Lineup<br>Make way for new summer icons and beloved summer favorites.<br>ORDER NOW<br><br>Source: https://www.dairyqueen.com/en-us/ |

| | |
|---|---|
| | Order Dairy Queen Online Now!<br>STORE PICKUP<br>DELIVERY<br>Find a DQ®<br>Address, City, or Zip Code<br>Source: [https://www.dairyqueen.com/en-us/order/](https://www.dairyqueen.com/en-us/order/) |



| | |
|---|---|
| | <br>Source: https://www.dairyqueen.com/en-us/order/menu/food/71442/61302459/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

| | |
|---|---|
| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after selection of the meal options, the user receives the bill for the ordered meal ("bill for the at least one service") through the Company's platform ("a system of a restaurant") being accessed on the user's smartphone.<br><br>**Payment Method**<br>Credit Card Number*<br>Expiration Date*<br>MM/YY<br>CVV*<br>U.S. Zip Code*<br>Add a gift card<br>**Order Summary**<br>Subtotal $9.57<br>Tax $1.00<br>**ORDER TOTAL $10.57**<br>SUBMIT ORDER - $10.57<br>Bill for the at least one service<br><br>Source: https://www.dairyqueen.com/en-us/order/checkout/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

| [1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. | Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the user ("customer") receives the bill, the platform allows the user to pay the bill ("payment") through a checkout option ("self-checkout by at least one customer") where the user pays the bill through multiple payment methods such as a credit card ("payment is submitted without interaction with the staff associated with the restaurant").<br><br><br><br><br>Source: https://www.dairyqueen.com/en-us/order/checkout/ (annotated) |
|---|---|

| | |
|---|---|
| | **Payment Method**<br>Credit Card Number*<br>Expiration Date*<br>MM/YY<br>CVV*<br>U.S. Zip Code*<br>Add a gift card<br>**Order Summary**<br>Subtotal $9.57<br>Tax $1.00<br>**ORDER TOTAL $10.57**<br>SUBMIT ORDER - $10.57<br><br>payment for the at least one service is submitted via the mobile phone<br><br>Source: https://www.dairyqueen.com/en-us/order/checkout/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

## 2. List of References

1. https://www.dairyqueen.com/en-us/, last accessed on 02 May, 2024.
2. https://www.dairyqueen.com/en-us/order/, last accessed on 02 May, 2024.
3. https://www.dairyqueen.com/en-us/order/menu/food/71442/61302459/, last accessed on 02 May, 2024.
4. https://www.dairyqueen.com/en-us/order/checkout/, last accessed on 02 May, 2024.