UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br>    Plaintiff,<br>v.<br>**AMERICAN DAIRY QUEEN CORPORATION,**<br>    Defendant. | C.A. NO. 2:24-CV-00445-JRG-RSP<br><br>JURY TRIAL DEMANDED<br><br>LEAD CASE |
| **ANALYTICAL TECHNOLOGIES, LLC,**<br>    Plaintiff,<br>v.<br>**STARBUCKS CORPORATION,**<br>    Defendant. | C.A. NO. 2:24-CV-00448-JRG-RSP<br><br>MEMBER CASE |

### PLAINTIFF'S ANSWER TO COUNTERCLAIMS

Analytical Technologies, LLC ("Plaintiff" and "Counter-Defendant") hereby files this Answer to the Counterclaims filed by Defendant Starbucks Corporation ("Starbucks" or "Defendant") at Dkt. No. 52, and would respond as follows:

### NATURE OF THE ACTION

1. Plaintiff admits there is a controversy and that Plaintiff has brought suit against Defendant for infringement of the '803 Patent.

### PARTIES

2. Plaintiff lacks sufficient information to admit or deny this allegation.

3. Plaintiff admits this allegation.

4. Plaintiff denies this allegation and demands strict proof thereof.

### JURISDICTION AND VENUE

5. Plaintiff admits there is a controversy. Plaintiff denies that Defendant is entitled to any relief whatsoever.

6. Plaintiff admits there is a controversy. Plaintiff denies that Defendant is entitled to any relief whatsoever.

7. The plaintiff incorporates its responses above.

8. The plaintiff incorporates its responses above.

   a. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   b. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   c. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   d. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   e. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   f. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   g. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   h. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   i. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

   j. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

      i. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff

     further denies that Defendant is entitled to any relief whatsoever.

  ii. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

  iii. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

  iv. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

k. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

l. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever. The plaintiff incorporates its responses above.

9. Plaintiff denies this allegation and demands strict proof thereof.

10. The plaintiff incorporates its responses above.

## COUNTERCLAIM 1: NON-INFRINGEMENT

11. Plaintiff incorporates its responses above.

12. Plaintiff denies this allegation and demands strict proof thereof. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

13. Plaintiff incorporates its responses above.

14. Plaintiff incorporates its responses above.

15. Plaintiff denies this allegation and demands strict proof thereof.

16. Plaintiff denies this allegation and demands strict proof thereof.

17. US8799083B1 expired on November 11, 2023.

18. Plaintiff admits this allegation.

19. Plaintiff admits this allegation.

20. Plaintiff denies this allegation and demands strict proof thereof.

21. Plaintiff denies this allegation and demands strict proof thereof.

22. Plaintiff incorporates its responses above.

23. Plaintiff incorporates its responses above.

24. Plaintiff incorporates its responses above.

25. Plaintiff admits this allegation.

26. Plaintiff admits this allegation.

27. Plaintiff admits this allegation.

28. Plaintiff incorporates its responses above.

29. Plaintiff admits this allegation.

30. Plaintiff admits this allegation.

31. Plaintiff incorporates its responses above.

32. Plaintiff incorporates its responses above.

33. Plaintiff admits this allegation.

34. Plaintiff incorporates its responses above.

35. Plaintiff admits this allegation.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

## **COUNTERCLAIM 2: TUFTA (against Rothschild)**

51. Not applicable.

52. Not applicable.

53. Not applicable.

54. Not applicable.

55. Not applicable

56. Not applicable

57. Not applicable.

    a. Not applicable

    b. Not applicable

    c. Not applicable

    d. Not applicable

        i. Not applicable

        ii. Not applicable

    e. Not applicable

58. Not applicable

59. Not applicable

60. Not applicable

ANSWER TO COUNTERCLAIMS

5

61. Not applicable

62. Not applicable

63. Not applicable

64. Not applicable

65. Not applicable

66. Not applicable

67. Not applicable

68. Not applicable

69. Not applicable

70. Not applicable

71. Not applicable

72. Not applicable

73. Not applicable

74. Not applicable

75. Not applicable

76. Not applicable

77. Not applicable

78. Not applicable

79. Not applicable

80. Not applicable

81. Not applicable

82. Not applicable

83. Not applicable

84. Not applicable

85. Not applicable

ANSWER TO COUNTERCLAIMS

6

86. Not applicable

87. Not applicable

88. Not applicable

89. Not applicable

90. Not applicable

91. Not applicable Not applicable

92. Not applicable

93. Not applicable

94. Not applicable

95. Not applicable

96. Not applicable

97. Not applicable

98. Not applicable

99. Not applicable

100. Not applicable

101. Not applicable

102. Not applicable

103. Not applicable

104. Not applicable

105. Not applicable

106. Not applicable

107. Not applicable

108. Not applicable

109. Not applicable

110. Not applicable

ANSWER TO COUNTERCLAIMS

111. Not applicable

112. Not applicable

113. Not applicable

114. Not applicable

115. Not applicable

116. Not applicable

117. Not applicable

118. Not applicable

119. Not applicable

120. Not applicable

121. Not applicable

122. Not applicable

123. Not applicable

124. Not applicable

125. Not applicable

126. Not applicable

127. Not applicable

128. Not applicable

129. Denied

130. Denied

131. Denied

132. Denied

133. Denied

## PRAYER FOR RELIEF

Plaintiff denies all allegations in Defendant's Prayer for Relief, and further denies Defendant is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. **Failure to State a Claim.** The Counterclaims, and each count therein, fail to state a claim upon which relief may be granted.

2. **Unjust Enrichment.** Defendant improperly enriched itself and should not benefit for its improper and illegal acts.

3. **Validity.** Plaintiff affirmatively pleads that all Asserted Patents are valid.

4. **Infringement.** Plaintiff affirmatively pleads that Defendant has infringed, including directly (whether individually or jointly) or indirectly (whether contributorily or by inducement), all valid, enforceable claims of the Asserted Patents.

5. **Lack of Standing.** Defendant does not have any right or standing to assert the claims at issue.

6. **Legal Doctrine.** Defendant's Counterclaim against Plaintiff are barred by one or more of the equitable doctrines of laches, estoppel, acquiescence, waiver, and unclean hands.

7. **Reservation.** Plaintiff reserves the right to assert additional affirmative defenses as they become known through additional investigation and/or discovery during the course of this litigation.

8. **Lack of Capacity.**

Dated: November 13, 2024                                      Respectfully Submitted

                */s/ Randall Garteiser*
                Randall Garteiser
                  Texas Bar No. 24038912
                  rgarteiser@ghiplaw.com
                M. Scott Fuller
                  Texas Bar No. 24036607
                  sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**