# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**AMERICAN DAIRY QUEEN CORPORATION**<br><br>　　**Defendant.** | **CASE NO. 2:24-cv-00445-JRG-RSP**<br>**(LEAD CASE)** |
| **ANALYTICAL TECHNOLOGIES, LLC,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**FIVE GUYS PROPERTIES, LLC.**<br><br>　　**Defendant.** | **CASE NO. 2:24-cv-00307-JRG-RSP**<br>**(MEMBER CASE)** |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Analytical Technologies, LLC moves to dismiss its claims against Five Guys Properties, LLC with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: November 18, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Randall Garteiser*
　　　　　　　　　　　　　　　　　　　Randall Garteiser
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com

　　　　　　　　　　　　　　　　　　　**GARTEISER HONEA, PLLC**
　　　　　　　　　　　　　　　　　　　119 W. Ferguson Street
　　　　　　　　　　　　　　　　　　　 Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　Telephone: (903) 705-7420

　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

*/s/ Jacob S. Wharton*
Jacob S. Wharton*
**WOMBLE BOND DICKINSON (US) LLP**
1 West Fourth Street
Winston-Salem, NC 27101
Jacob.Wharton@wbd-us.com

**ATTORNEY FOR DEFENDANT**

*Admitted to the Eastern District of Texas