# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00445-JRG-RSP |
| AMERICAN DAIRY QUEEN CORPORATION, | § § § § | (Lead Case) |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00446-JRG-RSP |
| DENNY'S CORPORATION | § § § § | (Member Case) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Analytical Technologies, LLC ("Plaintiff") and Denny's Corporation. ("Defendant"). (Dkt. No. 64.) In the Motion, the parties represent that the above-captioned Member Case No. 2:24-cv-00446 has been resolved and request dismissal of the above-captioned member case WITH prejudice. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned member case No. 2:24-cv-00446 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned member case No. 2:24-cv-00446 and **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:24-cv-00445.

**So Ordered this**

**Nov 15, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE