# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN DAIRY QUEEN CORPORATION, <br><br> Defendant. | CASE NO. 2:24-cv-00445-JRG <br><br> (LEAD CASE) |
| ANALYTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant | CASE NO. 2:24-cv-00448-JRG <br><br> (MEMBER CASE) |

## ORDER

Before the Court is Defendant Starbucks Corporation's Motion to Compel Discovery Responses and for Attorneys' Fees Pursuant to Rule 37. **DKT. NO. 93.** After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.