# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DAIRY QUEEN CORPORATION,<br><br>Defendant. | CASE NO. 2:24-cv-00445-JRG<br><br>(LEAD CASE) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant | CASE NO. 2:24-cv-00448-JRG<br><br>(MEMBER CASE) |

## ORDER

Before the Court is Defendant and Counterclaim Plaintiff Starbucks Corporation's Opposed Motion for Hearing on Motion to Compel Discovery Responses and for Attorneys' Fees Pursuant to Rule 37 (Dkt. No. 93). **DKT. NO. 94.** After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that oral arguments on Defendant and Counterclaim Plaintiff Starbucks Corporation's Motion to Compel Discovery Responses and for Attorneys' Fees Pursuant to Rule 37 (Dkt. No. 93) will be heard at the hearing on February 24, 2025.