# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DAIRY QUEEN CORPORATION,<br><br>Defendant. | CASE NO. 2:24-cv-00445-JRG<br><br>(LEAD CASE) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant | CASE NO. 2:24-cv-00448-JRG<br><br>(MEMBER CASE) |

## <u>ORDER</u>

Before the Court is Defendant and Counterclaim Plaintiff Starbucks Corporation's Opposed Motion for Expedited Briefing on Starbucks Corporation's Motion to Compel (Dkt. No. 93) and Opposed Motion for Hearing on Motion to Compel (Dkt. No. 94). **DKT. NO. 95**. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that Plaintiff and Counterclaim Defendant Analytical Technologies, LLC shall file its Response in Opposition to Defendant and Counterclaim Plaintiff Starbucks Corporation's Motion to Compel Discovery Responses and for Attorneys' Fees Pursuant to Rule 37 (Dkt. No. 93) on or before February 19, 2025.

The Court further **ORDERS** that Plaintiff and Counterclaim Defendant Analytical Technologies, LLC shall file its Response in Opposition to Defendant and Counterclaim Plaintiff Starbucks Corporation's Opposed Motion for Hearing on Motion to Compel Discovery Responses and for Attorneys' Fees Pursuant to Rule 37 (Dkt. No. 94) on or before February 19, 2025.