# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br>    Plaintiff,<br>v.<br>**AMERICAN DAIRY QUEEN CORPORATION,**<br>    Defendant. | **C.A. NO. 2:24-CV-00445-JRG-RSP**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **ANALYTICAL TECHNOLOGIES, LLC,**<br>    Plaintiff,<br>v.<br>**STARBUCKS CORPORATION,**<br>    Defendant. | **C.A. NO. 2:24-CV-00448-JRG-RSP**<br><br>**MEMBER CASE** |

## PLAINTIFF'S NOTICE OF DEPOSITION OF RACHAEL LAMKIN

Plaintiff Analytical Technologies, LLC respectfully serves the following Notice of Deposition of Rachael Lamkin.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Analytical Technologies, LLC, by and through counsel, shall take the deposition upon oral examination of Rachael Lamkin, as a percipient witness, who among other eye witness testimony includes the Declaration testimony submitted by Defendant Starbucks Corporation in connection with Defendant's Corrected Opposition to Plaintiff Analytical Technologies, LLC's Motion to Dismiss filed on December 3, 2024, and any bias she possesses against plaintiff Analytical Technologies or its owners based on her court filed causes of actions in the SDFL.

This deposition shall commence at a date, time and location as agreed upon by the Parties, but no later than March 18, 2025. It shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic means and maybe videotaped. This deposition may be conducted remotely via Zoom or a similar platform.

<u>/s/ Randall Garteiser</u>

Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY
LAW GROUP, PLLC**
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 89-2244

**COUNSEL FOR PLAINTIFF**

2