IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DAIRY QUEEN CORPORATION,<br><br>Defendant. | CASE NO. 2:24-cv-00445-JRG<br><br>(LEAD CASE) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant | CASE NO. 2:24-cv-00448-JRG<br><br>(MEMBER CASE) |

**ORDER**

Before the Court is Defendant Starbucks Corporation's Motion for A Protective Order Quashing Plaintiff's Deposition Notice of Starbucks Lead Counsel Rachael Lamkin**.**  After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.