IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-cv-00445-JRG-RSP |
| AMERICAN DAIRY QUEEN CORPORATION, | § | (Lead Case) |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant Starbucks Corporation's Motion to Compel Discovery Responses. **Dkt. No. 93.** Starbucks moves to compel adequate responses to two Starbucks RFAs and two interrogatories. *Id.* at 1. The Court heard argument on this Motion on February 24, 2025.[1] The Motion is **DENIED** as to the RFA responses and **GRANTED,** to the extend provided below, as to the interrogatories.[2]

It is **ORDERED** that Plaintiff Analytical Technologies, LLC ("AT") supplement its response to Starbucks Interrogatory No. 1 to provide information about AT's initial capitalization, and its monthly bank statements. Additionally, AT is **ORDERED** to provide to Starbucks its Operating Agreement, referenced in response to Interrogatory No. 1.

It is **FURTHER ORDERED** that AT supplement its response to Interrogatory No. 2.

It is **FINALLY ORDERED** that any deposition of Starbucks's counsel in this matter is **STAYED** pending disposition of Starbucks's Motion for Protective Order.

---

[1] The Court also heard argument about Starbucks's Motion for Protective Order Quashing Plaintiff's Deposition Notice of Starbucks's Lead Counsel Rachael Lamkin. **Dkt. No. 96.** The Court **CONTINUED** the resolution of the Motion pending Plaintiff's opposition brief.

[2] Plaintiff also seeks attorneys' fees under Rule 37(a)(5)(A). Dkt. No. 93 at 7. The Court does not find that fees are appropriate here.

1

**SIGNED this 25th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE