# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, *Plaintiff*, v. AMERICAN DAIRY QUEEN CORPORATION, *Defendant*. | Case No. 2:24-cv-00445-JRG-RSP (LEAD CASE) |
| ANALYTICAL TECHNOLOGIES, LLC, *Plaintiff*, v. STARBUCKS CORPORATION, *Defendant*. | Case No. 2:24-cv-00448-JRG-RSP (MEMBER CASE) |

## ORDER

Before the Court is Defendant Starbucks Corporation's Unopposed Motion to Withdraw Defendant Starbucks Corporation's Motion for a Protective Order Quashing Plaintiff's Deposition Notice of Starbucks' Lead Counsel Rachael Lamkin (Dkt. No. 96). **DKT. NO. 102**. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.