# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br>    Plaintiff,<br>v.<br>AMERICAN DAIRY QUEEN CORPORATION,<br>    Defendant. | C.A. NO. 2:24-CV-00445-JRG-RSP<br><br>JURY TRIAL DEMANDED<br><br>LEAD CASE<br><br>EX. A FILED UNDER SEAL |
| ANALYTICAL TECHNOLOGIES, LLC,<br>    Plaintiff; Counterclaim Defendant<br>v.<br>STARBUCKS CORPORATION,<br>    Defendant; Counterclaim Plaintiff<br>v.<br>Leigh M. Rothschild<br>    Counterclaim Defendant. | C.A. NO. 2:24-CV-00448-JRG-RSP<br><br>MEMBER CASE |

**CORRECTED**

**THE PARTIES' JOINT MOTION TO STAY**

Herein, the Parties jointly move to stay this matter pending issuance of the Court's Order adjudicating Leigh Rothschild's motion to dismiss, ECF No. 86. The parties have executed a written settlement that is *effective*, but its performance (filing a dismissal) is *expressly conditioned* on the Court's disposition of Mr. Rothschild's motion to dismiss. See Exh. A, § 4.2.

Respectfully submitted,

*/s/ René A. Vazquez*
René A. Vazquez
  Virginia Bar No. 41988

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Telephone: (703) 989-2244
rvazquez@dnlzito.com

**Counsel for Plaintiff**


*/s/ Rachael D. Lamkin*
Rachael D. Lamkin
BAKER BOTTS, LLP
101 California St., Suite 3200
San Francisco, CA 94111
415.291.6264
rachael.lamkin@bakerbotts.com

**Counsel for Starbucks Corporation**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Motion, and counsel is agreed to the relief requested herein.

/s/ René A. Vazquez
René A. Vazquez

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ René A. Vazquez
René A. Vazquez