IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-cv-00445-JRG-RSP |
| AMERICAN DAIRY QUEEN CORPORATION, | § | (Lead Case) |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Corrected Joint Motion to Stay filed by Plaintiff Analytical Technologies, LLC, and Defendant Starbucks Corporation. **Dkt. No. 107.** The Parties "move to stay this matter pending issuance of the Court's Order adjudicating Leigh Rothschild's motion to dismiss."[1] *Id.* at 2. The Parties represent that "they have executed a written settlement that is effective, but its performance (filing a dismissal) is expressly conditioned on the Court's disposition of Mr. Rothschild's motion to dismiss." *Id.* (emphasis removed). The Court will not entertain such a stay motion that does not comply with the Court's Standing Order Regarding Proper Notification of Settlement to the Court.[2] Accordingly, the Motion is **DENIED**.

**SIGNED this 7th day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Dkt. No. 86.
[2] https://txed.uscourts.gov/sites/default/files/judgeFiles/Standing_Order._settlement_notice.pdf