**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br>**Plaintiff,**<br>**v.**<br>**AMERICAN DAIRY QUEEN CORPORATION,**<br>**Defendant.** | **C.A. NO. 2:24-CV-00445-JRG-RSP**<br>**JURY TRIAL DEMANDED**<br>**LEAD CASE** |
| **ANALYTICAL TECHNOLOGIES, LLC,**<br>**Plaintiff; Counterclaim Defendant**<br>**v.**<br>**STARBUCKS CORPORATION,**<br>**Defendant; Counterclaim Plaintiff**<br>**v.**<br>**Leigh M. Rothschild**<br>**Counterclaim Defendant.** | **C.A. NO. 2:24-CV-00448-JRG-RSP**<br>**MEMBER CASE** |

## JOINT MOTION FOR DISMISSAL

Plaintiff and Counterclaim Defendant Analytical Technologies, LLC, Defendant and Counterclaim Plaintiff Starbucks Corporation, and Counterclaim Defendant Leigh M. Rothschild hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each Party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Telephone: (703) 989-2244
rvazquez@dnlzito.com

Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Counsel for Analytical Technologies, LLC and Leigh M. Rothschild**

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin
BAKER BOTTS, LLP
101 California St., Suite 3200
San Francisco, CA 94111
415.291.6264
Rachael.lamkin@bakerbotts.com

**Counsel for Starbucks Corporation**